**Marina Moraru**
*Special Assistant Corporation Counsel*
Office: 212) 356-2456

The Defendant's request at Dkt. No. 14 is **GRANTED IN PART** and **DENIED IN PART**.

By **November 25, 2026**, the parties shall submit a joint letter updating the Court as to the status of their settlement discussions.

By **December 2, 2026**, Defendant shall answer, move, or otherwise respond to the Complaint. (Dkt. No. 1).

The Clerk of Court is respectfully directed to close Dkt. No. 14.

SO ORDERED. August 26, 2026

SARAH L. CAVE
United States Magistrate Judge

**STEVEN BANKS**
***Corporation Counsel***

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

August 25, 2026

**VIA ECF**
Hon. Sarah L. Cave
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *M.P. v. New York City Public Schools*, 26-cv-2825 (JMF)(SLC)

Dear Magistrate Judge Cave:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on administrative hearings under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

I write to respectfully request a stay of this action until November 25, 2026, i.e. 90-days from the date Plaintiff has agreed to provide the needed billing records (August 27, 2026). Plaintiff consents to this request. On April 30, 2026, the Court granted Defendant's first request for an extension of the Answer deadline. (ECF 10). (Defendant's deadline to respond to the Complaint is currently August 27, 2026).

We note that, while this is an IDEA fees-only case and liability appears not at issue, without the relevant billing, Defendant cannot begin its internal settlement review process, which includes review of the underlying administrative record together with the relevant billing records and thereafter present a reasonable early offer of settlement. We have resolved recent similar IDEA fees-only cases brought by plaintiffs represented by the Roller firm without the need to burden the court with any sort of motion practice, conferences or even the need to file an Answer. The parties are hopeful this matter will be resolved as well.

I also respectfully propose that, if a stay is granted, the parties be required to submit a joint status letter regarding settlement negotiations on or before November 25, 2026.

Thank you for considering these requests.

Respectfully submitted,

*/s/ Marina Moraru*
Marina Moraru, Esq.
Special Assistant Corporation Counsel

cc: Irina Roller (via ECF)